UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| AEL Financial, LLC, | ) |
| Plaintiff | ) Case No.: 1:11-cv-09052 |
| v. | ) Judge Mathew F. Kennelly |
| Hunt Club Pediatric Associates P.A. d/b/a Hunt Club Med Spa, LLC and Carlos E. Chaban, Defendant(s) | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above entitled matter hereby stipulate and agree that all matters by and between them are hereby dismissed without prejudice, and the court will retain jurisdiction to enforce the Settlement Agreement between the parties.

The Law Offices of Debra Ashen, Ltd.                The Law Offices of Tim Ormes

/s/ Richard Springer                                /s/ Tim Ormes
Richard Springer                                    Tim Ormes
217 N. Jefferson Street, Suite 601                  9013 Indianapolis Blvd
Chicago, Illinois 60661                             Highland, IN 46322
312-655-0800                                        (219) 838-9200
Attorney for Plaintiff                              Attorney for Defendants